## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

 CHAMBERS OF                                                    MITCHELL H. COHEN COURTHOUSE
**JOEL SCHNEIDER**                                    1 John F. Gerry Plaza, Room 2060
UNITED STATES MAGISTRATE JUDGE                      CAMDEN, NJ 08101-0887
                                                                           (856) 757-5446

**LETTER ORDER**
**ELECTRONICALLY FILED**
August 5, 2009

Steven E. Angstreich, Esquire     David A. Avedissian, Esquire
Michael Coren, Esquire             135 Kings Highway East
Carolyn C. Lindheim, Esquire      Haddonfield, NJ 08033
Levy, Angstreich, Finney
Woodcrest Pavilion
Ten Melrose Avenue
4th Floor, Suite 450
Cherry Hill, NJ 08003

John Charles Gillespie,
Esquire
Parker Mccay, PA
Three Greentree Centre
7001 Lincoln Drive West
PO Box 974
Marlton, NJ 08053

        Re:  **McMullen v. Township of Maple Shade**
              **Civil No. 08-2902 (RBK/JS)**
              **Obchinetz v. Maple Shade Township**
              **Civil No. 08-3314 (RBK/JS)**

Dear Counsel:

    The Court has received plaintiffs' recent letters and enters the following Order:

    1.  By August 31, 2009, all delinquent parties shall serve their answers to plaintiffs' written discovery.

    2.  All parties who do not serve their answers by August 31, 2009 shall appear on <u>September 10, 2009 at 9:00 a.m.</u>, in Courtroom 3C, with counsel and an authorized representative of the client, to explain why costs and sanctions should not be imposed because of their failure to comply with the Court's Orders. Plaintiffs' counsel shall also appear.

August 4, 2009
Page 2

    3.   Counsel for all currently delinquent parties shall serve their clients with a copy of this Order within five (5) days of its receipt.

    4.   Clinton Township's objection as identified in Mr. Avedissian's July 29, 2009 letter is OVERRULED.  For discovery purposes the requested information is relevant and shall be produced.

    5.   By September 8, 2009, plaintiffs shall serve the Court with an updated list of delinquent parties.

After the outstanding dispositive motion is decided, the Court will set a date for the filing of plaintiffs' motion for class certification.

                            Very truly yours,

                            *s/ Joel Schneider*

                            JOEL SCHNEIDER
                            United States Magistrate Judge

JS:jk
cc:  Hon. Robert B. Kugler